**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000859
05-FEB-2019
07:50 AM**

NO. CAAP-16-0000859

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DAVID J. RYAN and MELISSA A. RYAN,
Plaintiffs-Appellants,
v.
CIT BANK N.A. formerly known as ONEWEST BANK, FSB;
ALLEN D. HANBERG, Trustee, or the successors in trust,
under THE ALLEN HANBERG LIVING TRUST DATED DECEMBER 10, 2004;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
GUILD MORTGAGE COMPANY, Defendants-Appellees,
and
DOE DEFENDANTS 1-50, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 16-1-00034(1))

ORDER APPROVING THE
STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Ginoza, Chief Judge, Reifurth and Chan, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal with Prejudice" filed on January 22, 2019, by Defendant-Appellee CIT Bank N.A. formerly known as ONEWEST BANK, FSB, and the record, it appears that (1) the appeal was docketed on February 3, 2017; (2) the parties stipulate to dismiss the appeal with prejudice, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b); (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) the parties agree to bear their own costs and attorneys' fees incurred with respect to this appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees incurred with respect to this appeal.

DATED: Honolulu, Hawai'i, February 5, 2019.

Chief Judge

Associate Judge

Associate Judge